IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL SINGLETARY, | : | |
| Plaintiff, | : | 1:14-cv-0754 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| *et al.*, | : | |
| Defendants. | : | |

## ORDER

**September 29, 2015**

**NOW, THEREFORE,** upon consideration of Defendants' motion (Doc. 13) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), or, in the alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) is **GRANTED** and the complaint is dismissed in its entirety.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge